November 13, 1961, requiring her to perfect her appeal for the February 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ BLANCHE A. SEIFERT, as Executrix of JOSEPH SEIFERT, Deceased, et al., Appellants, v. HAROLD J. McLAUGHLIN, Respondent.— Motion by appellants for reargument or reconsideration of their appeal from the "first order". Motion denied, with $10 costs. Motion by appellants to resettle the order of this court dated December 20, 1961. Motion denied. Ughetta, Acting, P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BISHOP, Appellant.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROLAND PITTS, Appellant.— Motion by appellant for reargument of appeal decided June 6, 1960 (People v. Pitts, 11 A D 2d 697). Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROLAND CHESTER PITTS, Relator, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— It appears that a timely notice of appeal has not been served from such order, and hence no appeal is pending in this court. It also appears that some, if not all, of the issues raised in this habeas corpus proceeding were raised by relator and considered by this court on the appeal from the original judgment of conviction (People v. Pitts, 11 A D 2d 697; motion for reargument denied 15 A D 2d 783). Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY HAWTHORNE, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's coram nobis application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE E. JOHNSON, Appellant.— Leo M. Ritter, Esq., 39 Market St., Poughkeepsie, N. Y., is assigned as counsel to prosecute the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.